IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Laird T. Milburn

Criminal Case No.: 09-po-00001-LTM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN M. GALLOWAY,

    Defendant.

---

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE LAIRD T. MILBURN
DATED:  March 26, 2009

    Sentencing Hearing set for March 31, 2009 at 10:00 a.m. is **VACATED** and rescheduled to April 07, 2009 at 10:00 a.m.